# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**JoAnn Wirey**            )
                           )
                           )
      vs.                    )   Case Number:  **10-2216**
                           )
                           )
**Richland Community College**    )

### AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  that judgment is entered in favor of the Defendant and against the Plaintiff.  This case is terminated.

    **IT IS FURTHER ORDERED AND ADJUDGED**  that this court orders the Plaintiff to pay the  Defendant's costs in the amount of  $2,386.09.

**Dated:** February 8, 2013

                                                       s/ Kenneth A. Wells
                                                       Kenneth A. Wells
                                                       Clerk, U.S. District Court